592

478 A.2d 74

Commonwealth v. Jefferson, Appellant.

Submitted April 2, 1984. Willis W. Berry, Jr., for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, JOHNSON and LIPEZ, JJ.

Judgment of sentence affirmed.

478 A.2d 74

Commonwealth v. Jones, Appellant.

Submitted November 28, 1983. James M. Pierce, for appellant; Helen T. Kane, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.